UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARTIN HODGE,

                Petitioner,                  20 **CIVIL** 10474 (JPC)

     -against-                            **JUDGMENT**

UNITED STATES (BOP),
                Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 24, 2021, Hodge's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is denied. Because the Court rules on exhaustion grounds, it does not reach the additional arguments for denying the Petition in the Government's Opposition; accordingly, the case is closed.

**DATED:** New York, New York
            February 24, 2021

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                            **BY:**
                                                             **Deputy Clerk**